ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115
   Email: Thomas.Coker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>CALSAFE TRANSPORTATION, INC.,<br><br>                 Debtor,<br><br><br>UNITED STATES OF AMERICA,<br><br>               Appellant,<br><br>                 v.<br><br>DIANE WEIL, Chapter 7 Trustee,<br><br>               Appellee. | Case No. CV 14-04017-BRO<br><br>Bankruptcy Court Case No.<br>08-15346-GM Chapter 7<br><br><u>ORDER DISMISSING CONSOLIDATED</u><br><u>APPEAL</u> |

//

//

//

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that above-entitled appeal is DISMISSED.

Each of the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 18, 2014  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE